UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICHOLAS RALPH PALAZZOLA AND
CHRISTOPHER LEE PALAZZOLA,

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:10-cr-24

## ORDER DISMISSING MOTION AS MOOT

A review of the court records reflect that on February 18, 2010, the government filed a motion in limine (Dkt. #17) as to both defendants in this case. On March 18, 2010, both defendants went before United States Magistrate Judge Joseph G. Scoville and entered guilty pleas to Counts One, Three and Four of the Indictment. On April 6, 2010, this Court adopted the Report and Recommendations of the magistrate judge, accepted the guilty pleas, and adjudicated the defendants guilty of the charges set forth in Counts One, Three and Four of the Indictment. The defendants are to be sentenced on July 19, 2010. Accordingly,

**IT IS HEREBY ORDERED** that the Government's Motion in Limine (Dkt. #17) is **DISMISSED as moot**.

Date: April 29, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge